3:01-cv-03390-HAB-BGC   # 43    Page 1 of 1

E-FILED
Wednesday, 26 January, 2005  04:19:45 PM
Clerk, U.S. District Court, ILCD

TO: John M. Waters
Clerk of U.S. District Court
United States District Court
Central District of Illinois

E-FILED 1-13-05

I Willard Mahr case No. 3:01-CV-03390 title; Mahr V. Meyers.

Need my case minutes - general from the begining when my case was first open, up until my case was dismiss. In other words what I'm asking of the courts is this. I need all scheduled phone conferance, all the motions that were filed by both parties, all the motions that were answeard by both parties. when my attorney made his first apearance,. I need the complete record of my case.

Thank You Sincerly!

Mr. Willard L. Mahr

Willard Mahr A-78072
2268 E. Morton Ave,
Jacksonville Il, 62650